**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                         )    Case No:    05-21589
   Roland & Susan Robin Urbanek    )    Chapter     13
                                               )
             Debtor(s)    )
                                               )    **PETITION FOR UNCLAIMED FUNDS**
                                               )

Keys Research, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. Mission Roller Hockey a division of Bauer Hockey, Inc., creditor, is due to receive a distribution in the above-captioned case in the amount of $6,394.97.

2. The funds due the creditor was deposited with the Court by the Trustee pursuant to a 11 U.S.C. § 347. A copy of the Court Records along with supporting documentation, is included in this Petition.

3. If the current Petitioner is not the original holder of the claim, a copy of the documentation of ownership is appended to this Petition. If applicable, this includes proof of any sale of the company, new and prior owner(s), and a copy of the terms of any purchase agreement or stipulation by prior and new owners of right of ownership to the unclaimed fund. If the claim has been assigned, this includes copies of all documents evidencing assignment.

4. The creditor's current name, address, and telephone number is:
   Name:              Mission Roller Hockey a division of Bauer Hockey
   Address:           150 Ocean Road, Greenland NH 03840
   Telephone Number:  603-430-2111

5. The following checked statement applies:

   ☐ Petitioner is the Claimant.
   ☒ Petitioner is the Authorized Representative.
   ☐ Petitioner is an attorney at law representing the Claimant.
   ☐ Petitioner is an attorney at law representing the Authorized Representative.
   ☐ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

6. Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimants entitled to these funds.

*[FILED stamp: SEP 19 2011, JAMES J. WALDRON, CLERK, U.S. BANKRUPTCY COURT, TRENTON, N.J., DEPUTY]*

7. Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

8. Petitioner has served a copy of the Petition of Unclaimed Funds and Order Thereon, by regular U.S. Mail this 12 day of September, 2011 to the United States Attorney for the District of New Jersey, at 970 Broad Street, Room 502, Newark NJ 07712, and the United States Trustee at One Newark Center, Suite 2100, Newark NJ 07102. The United States Attorney is allowed 10 days from the date of service to file an objection to payment of these funds.

9. Appearances will not be required unless requested by party or opposition papers filed.

10. WHEREFORE, pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2042, Petitioner requests that the court issue an Order directing payment to the Claimant in the amount set forth in section 1, above, and that payment be forwarded to the Petitioner.

Respectfully submitted:

_____
Charlene J. Keys dba Keys Research
23630 Southeast 440th Street
Enumclaw WA 98022
(360) 825-7300
FEIN: 61-1264203

Subscribed and sworn before me this 12 day of September, 2011.

_____
Notary Public
State of Washington, County of King.
My commission expires _____9/9/13_____

********************************************************************************

Attachments: 
1. Notice depositing Unclaimed funds.
2. Agent Authorization
3. Affidavit of Previous Address
4. Affidavit of Claimant
5. Secretary of State Report
6. Notarized documents from Bauer Hockey

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| IN RE: ) | Case No 05-21589 |
| ) | Chapter: 13 |
| Roland & Susan Robin Urbanek ) | |
| ) | ORDER AUTHORIZING |
| Debtor(s) ) | PAYMENT OF UNCLAIMED FUNDS |

This matter comes before the court pursuant to 11 U.S.C. §347(a) and 28 U.S.C. §2042 and the motion of Keys Research, on behalf of Mission Roller Hockey, a division of Bauer Hockey, creditor, seeking disbursement of funds previously unclaimed by Mission Roller Hockey, in the above-named case. It appears from the motion and its supporting documentation that Mission Roller Hockey is entitled to the funds now held by the United States Treasury.

It is therefore ORDERED, that the following dividends of $6,394.97 be paid to Mission Roller Hockey c/o Keys Research, 23630 SE 440th Street, Enumclaw WA 98022 from the unclaimed dividend account maintained by the United States Registry.

Dated:_____    _____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of September, 2011, that I sent, via ECF/mail a true and exact copy of the forgoing motions on the below noted interested parties:

United States Attorney for the District of New Jersey.
502 Federal Bldg.
970 Broad Street, Room 700
Newark NJ 07102

United States Trustee for the District of New Jersey
One Newark Center
Suite 2100
Newark NJ 07102

By: _____
Charlene J. Keys
Keys Research
23630 SE 440th Street
Enumclaw WA 98022
360-825-7300

Dated: September 12, 2011

On September 12, 2011, personally appeared Charlene J. Keys, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity and that I have examined this motion and the documents presented herewith establishing identity.

Witness my hand and official seal:

_____
NOTARY PUBLIC in and for the
County of King, State of Washington

My commission expires: 9/9/13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

ROLAND & SUSAN ROBIN URBANEK

Debtor(s)

Case No. 05-21589

Judge: RAYMOND T LYONS JR

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $6,394.97, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| MISSION ROLLER HOCKEY<br>1501 SOUTH STANDARD AVE<br>SANTA ANA  CA  92707 | $6,394.97 |

Date: 04/22/10

/ S /

Albert Russo
Standing Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:   )   Case No:   05-21589
Roland & Susan Robin Urbanek   )
  )   Chapter 13
  )
Debtor(s)   )

## AFFIDAVIT OF CLAIMANT

I, __James Eno__ for Mission Roller Hockey a Division of Bauer Hockey, Inc. under the penalty of perjury of the laws of the United States of America declare (or certify, verify or state) that the following statements are true and correct:

That I am the claimant and the rightful owner to the unclaimed funds referenced in this application and that I am, to the best of my knowledge, the legal owner of these funds. The right to these funds has not in any way been transferred or assigned to any other entity or individual.

At the time the federal check was issued the mailing location was:

Address: 1501 South Standard Avenue

Santa Ana CA 92707

The current address and phone number are:

Address: Mission Roller Hockey

150 Ocean Road

Greenland, NH 03801

Phone: 603-430-2111

If claimant is a corporation, the federal Tax ID number of the Corporation is 33-0642008.

April 25, 2011
Date

_____
Claimant (or representative of Individual)

***

Subscribed and Sworn before me this 26th of April, 2011

SEAL

Joan C Scialdone
Notary Public in and for the State of NH
My commission expires on April 26, 2011

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014

## AGENT AUTHORIZATION

Mission Roller Hockey a Division of Bauer Hockey, Inc., does hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $6.394.97 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney.

Dated: _April 25, 2011_    Signed: _[signature]_
                                    Director, Mission Hockey

SS# _EIN 33-0642008_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTARY ACKNOWLEDGMENT

State of _NH_, County of _Rockingham_

ACKNOWLEDGED before me on this date _April 26, 2011_, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

_Joan C. Scialdone_
NOTARY PUBLIC
My commission expires _April 15, 2014_

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014

## AFFIDAVIT OF PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, __James Eno__, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I am the __Director, Treasury__ of Mission Roller Hockey, a Division of Bauer Hockey, Inc.   My responsibilities include, but are not limited to, the recovery and/or collection of outstanding receivables for Mission Roller Hockey, a Division of Bauer Hockey, Inc. and its subsidiaries, affiliates and acquisitions, which may have numerous branch addresses, business locations, and payment centers and outside counsel the addresses of which have changed, and/or been eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this __15__ day of __April__, 2011.

Signed: _____

*********************************************************************************

## NOTARY ACKNOWLEDGMENT

State of __NH__    County of __Rockingham__

ACKNOWLEDGED before me on this date __April 26, 2011__, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

NOTARY SEAL

_Joan C Scialdone_
Notary Public
My commission Expires __April 15, 2014__

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014

## OFFICER'S CERTIFICATE OF AUTHORITY

This affirmation certifies that ~~Amir Rosenthal~~ James Eno (signer on the Agent Authorization) is the ~~CFO~~ Director of Bauer Hockey, Inc. for Mission Roller Hockey and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owing to Mission Roller Hockey.

Signed: _A. R._ **(Must be signed by an Officer other than the signer on the Agent Authorization)**

Name: Amir Rozenthal

Title: CFO

Address: 150 Ocean Rd
Greenland, NH 03840

*Affix Corporate Seal*

If Corporate Seal is unavailable, please sign here _A. R._

**PLEASE NOTE:** *Another corporate officer other than signator on Agent Authorization must sign this document.*

***

### NOTARY ACKNOWLEDGMENT

State of New Hampshire, County of Rockingham Acknowledged before me on April 26, 2011, by Amir Rosenthal who says that he/she is Chief Financial Officer of the corporation named above and is authorized to execute this power in it's behalf.

Date: April 26, 2011

John C Scialdone
Notary Public
My commission expires April 15, 2014

NOTARY SEAL

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014



DIRECTOR, TREASURY & TAX

150 Ocean Rd, Greenland, NH 03840-2408 USA
[603] 430.2111 x3175     [603] 766.0975
jamie.eno@bauer.com



CHIEF FINANCIAL OFFICER

150 Ocean Rd, Greenland, NH 03840-2408 USA
[603] 610.5885          [603] 430.7332
[203] 558.3886
amir.rosenthal@bauer.com

P.02



**MISSION HOCKEY**
1601 South Standard Avenue
Santa Ana, Ca 92707
(714) 556-8856

STATEMENT

Accounting Date
From :            To : 04/16/04

Page :    1

Statement Date :    4/16/04
Salesperson :        WARD WRIGHT
Customer No. :      80263

M.R. SPORTS
ATTN : ACCOUNTS PAYABLE
1195 AIRPORT ROAD PHASE2
LAKEWOOD, NJ 08701

Credit Rep. Name :    EAST REP
Telephone No. :       800-583-6087 X206
Fax No. :             714-556 8858

\*\*\*\*\*\*\*\*PHONE DISCONNECTED\*\*\*\*\*\*\*\*\*

| Invoice | Acct Date | Due Date | Customer PO# | Current | 1 - 30 Past Due | 31 - 60 Past Due | 61 - 90 Past Due | Over 91 Past Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | Opening Balance : | | 0.00 | |
| 00080047R0 | 033104 | 040104 | | 0.00 | 29,310.37 | 0.00 | 0.00 | 0.00 |
| 0086127 | 021904 | 061804 | RB1001M | 606.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0086128 | 021904 | 061804 | RB1001M | 270.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5210003941 | 021704 | 021704 | | 0.00 | 0.00 | 1,106.15 - | 0.00 | 0.00 |
| 5210003951 | 022004 | 022004 | | 0.00 | 0.00 | 63.64 - | 0.00 | 0.00 |

INTEREST AMOUNT IS CALCULATED BASED ON INVOICE BALANCES
GREATER THAN 30 DAYS PAST DUE X 1.5% PER MONTH.

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| 876.90 | 29,310.37 | 1,169.79- | 0.00 | 0.00 | 29,017.48 |

\* Item currently in dispute.



**Corporation Divi**

Search
By Business Name
By Business ID
By Registered Agent
Annual Report
File Online

**Date:** 4/29/2011

### Filed Documents
(Annual Report History, View Images, etc.)

### Business Name History

| Name | Name Type |
|---|---|
| Bauer Hockey, Inc. | Legal |
| Bauer Hockey, Inc. | Home State |
| BAUER NIKE HOCKEY U.S.A., INC. | Prev Legal |
| CANSTAR SPORTS U.S.A., INC. | Prev Legal |
| BAUER U.S.A., INC. | Prev Legal |

### Corporation - Foreign - Information

| | |
|---|---|
| **Business ID:** | 237689 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 11/15/1995 |
| **State of Business.:** | VT |
| **Principal Office Address:** | 150 OCEAN RD<br>GREENLAND NH 03840 |
| **Principal Mailing Address:** | 150 OCEAN RD<br>GREENLAND NH 03840 |
| **Last Annual Report Filed Date:** | 3/16/2011 8:00:00 AM |
| **Last Annual Report Filed:** | 2011 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | C T Corporation System |
| **Office Address:** | 9 CAPITOL ST<br>CONCORD NH 03301 |
| **Mailing Address:** | |

Privacy Policy |   Accessibility Policy |   Site Map |   Contact Us

# Business Entity Detail

Data is updated weekly and is current as of Friday, April 22, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | MISSION ITECH HOCKEY, INC. |
| Entity Number: | C2631887 |
| Date Filed: | 03/28/2005 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 150 OCEAN RD |
| Entity City, State, Zip: | GREENLAND NH 03840 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W 7TH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011    California Secretary of State

## Business Also Found Report
Date: 07/12/10

**Company Information:**
**Company Name:** MISSION ROLLER HOCKEY
**Address:** 201 E STEVENS AVE, SANTA ANA  CA 92707-5715
**Phone:** 714-556-8856
**FEIN:** 58-2473092
**Business Filings:**

### Corporation Filings:

Corporation Filings # 1

MISSION HOCKEY COMPANY - As of: 07/11/2007
Name Type: LEGAL
Address: 1801 S STANDARD AVE, SANTA ANA  CA 92707-2465
Address Type: MAILING
Status: MERGED OUT
Business Type: CORPORATION
Date Incorporated: 12/20/1994
Type: ARTICLES OF INCORPORATION
Registered Agent: MICHAEL P WHAN
Registered Agent Address: 1801 S STANDARD AVE, SANTA ANA  CA 92707-2465
Place Incorporation: CA

Officers and Directors:
MISSION HOCKEY COMPANY - As of: 07/11/2007
Officer: MICHAEL P WHAN, PRESIDENT, 1801 S STANDARD AVE, SANTA ANA  CA 92707-2465
Officer: MICHAEL P WHAN, PRESIDENT, 1801 S STANDARD AVE, SANTA ANA  CA 92707-2465
Officer: MICHAEL P WHAN, PRESIDENT, 1801 S STANDARD AVE, SANTA ANA  CA 92707-2465

Corporation Filings # 2

MISSION ITECH HOCKEY, INC. - As of: 06/22/2010
Name Type: LEGAL
Address: 150 OCEAN RD, GREENLAND  NH 03840-2408
Address Type: MAILING
Status: ACTIVE
Business Type: CORPORATION
Foreign Incorporation Date: 03/28/2005
Type: STATEMENT & DESIGNATION BY FOREIGN CORPORATION
Registered Agent: C T CORPORATION SYSTEM
Registered Agent Address: 818 W 7TH ST, LOS ANGELES  CA 90017-3407
Place Incorporation: DELAWARE

MISSION ITECH HOCKEY, INC. - As of: 01/19/2010
Name Type: LEGAL
Address: 150 OCEAN RD, GREENLAND  NH 03840-2408
Address Type: MAILING
Status: ACTIVE
Business Type: CORPORATION
Foreign Incorporation Date: 03/28/2005
Type: STATEMENT & DESIGNATION BY FOREIGN CORPORATION
Registered Agent: C T CORPORATION SYSTEM
Registered Agent Address: 818 W 7TH ST, LOS ANGELES  CA 90017-3407
Place Incorporation: DELAWARE

MISSION ITECH HOCKEY, INC. - As of: 05/20/2009
Name Type: LEGAL
Address: 150 OCEAN RD, GREENLAND  NH 03840-2408
Address Type: MAILING

7/12/2010

https://secure.accurint.com/app/bps/report

# BAUER

Abandoned Funds Investigation & Recovery
23630 Southeast 440th
Enumclaw, WA 98022

June 14, 2011

Re: Mission Itech Hockey, Inc.

Dear Sir or Madam:

Please be advised that all of the issued and outstanding shares of capital stock of Mission Itech Hockey, Inc., a Delaware company, were acquired by Bauer Hockey, Inc. (f/k/a Nike Bauer Hockey U.S.A., Inc.) on September 22, 2008.

Please let me know if you need further information.

Sincerely,

BAUER HOCKEY, INC.

By: _____
Michael J. Wall, Esq.
Vice President and General Counsel

MISSION ITECH HOCKEY, INC.

By: _____
Michael J. Wall, Esq.
Secretary

STATE OF NEW HAMPSHIRE

ROCKINGHAM COUNTY, SS.

On this 14th day of June, 2011, before me, the undersigned notary public, personally appeared Michael J. Wall proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose as the Vice President and General Counsel of Bauer Hockey, Inc., and the Secretary of Mission Itech Hockey, Inc.

Signature and seal of notary
_____

My commission expires: April 15, 2014

BAUER HOCKEY, INC.

100 Domain Drive, Exeter, NH 03833 USA
TEL / (603) 430.2111    FAX / (800) 867.4713

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014

bauer.com

**MISSION – ITECH HOCKEY**

Abandoned Funds Investigation & Recovery
23630 Southeast 440th
Enumclaw, WA 98022

June 14, 2011

Re: Mission Itech Hockey, Inc.

Dear Sir or Madam:

Please be advised that all of the issued and outstanding shares of capital stock of Mission Itech Hockey, Inc., a Delaware company, were acquired by Bauer Hockey, Inc. (f/k/a Nike Bauer Hockey U.S.A., Inc.) on September 22, 2008.

Please let me know if you need further information.

Sincerely,

BAUER HOCKEY, INC.

By: _____
Michael J. Wall, Esq.
Vice President and General Counsel

MISSION ITECH HOCKEY, INC.

By: _____
Michael J. Wall, Esq.
Secretary

STATE OF NEW HAMPSHIRE

ROCKINGHAM COUNTY, SS.

On this 14th day of June, 2011, before me, the undersigned notary public, personally appeared Michael J. Wall proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose as the Vice President and General Counsel of Bauer Hockey, Inc., and the Secretary of Mission Itech Hockey, Inc.

Signature and seal of notary
Joan C Scialdone

My commission expires: April 15, 2014

JOAN C. SCIALDONE
Notary Public - New Hampshire
My Commission Expires April 15, 2014

18103 TransCanada Hwy/Rte. Transcanadienne, Kirkland, Québec, Canada, H9J 3Z4
TEL.: (514) 697-9900       FAX: (514) 697-0464

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| IN RE: ) | Case No: 05-21589 |
|    Roland & Susan Robin Urbanek ) | Chapter: 13 |
|         Debtor(s) ) | |

### AFFIDAVIT OF AUTHENTICY

I, Charlene J. Keys, of Keys Research, under the penalty of perjury of the laws of the United States of America declare (or certify, verify or state) that the following statements are true and correct:

That I attest to the fact that I am the Owner of Keys Research and all information in this application is true and that the picture identification and copy of my business license are true copies of the originals.

September 12, 2011
Date

_____
Charlene J. Keys

................................................................

Subscribed and Sworn before me this 12th day of September, 2011.

[Notary Seal: MICHAEL E. WARD, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 9-09-13]

_____
Notary Public in and for the State
Of Washington

My commission expires on 9/9/13

WASHINGTON                                    Unified Business ID #: 401 647 399
                                                        Business ID #: 1
Sole Proprietorship                                       Location: 1
                                                        Expires: 09-30-2011

CHARLENE J KEYS
CHARLENE J. KEYS DBA KEYS RESEARCH
23630 SE 440TH ST
ENUMCLAW WA 98022

                                    UNEMPLOYMENT INSURANCE

TAX REGISTRATION
INDUSTRIAL INSURANCE
PRIVATE INVESTIGATIVE AGENCY

PRIVATE INVESTIGATIVE AGENCY PRINCIPAL:
    CHARLENE J KEYS

LICENSING RESTRICTIONS:
    Not authorized to hire persons under age 18 at this location.

REGISTERED TRADE NAMES:
    AWARD THOROUGHBREDS
    CHARLENE J. KEYS DBA KEYS RESEARCH

